## E. J. BURNS COMPANY, ET AL. v. BURLONG.
(Decided April 22, 1915.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. E. C. CROW.

WILLIAM F. SPENCER, for appellant. W. A. DENSON, for appellee.

Per curiam. Affirmed for want of assignment of errors.